# Supreme Court of Florida

---

No. SC2024-0160

---

**AMERICAN COASTAL INSURANCE COMPANY,**
Petitioner,

vs.

**PATIOS WEST ONE CONDOMINIUM ASSOCIATION, INC.,**
Respondent.

May 15, 2025

PER CURIAM.

We initially accepted discretionary review of the Third District Court of Appeal's decision in *Patios West One Condominium Ass'n, Inc. v. American Coastal Insurance Co.*, 388 So. 3d 893 (Fla. 3d DCA 2024), based on express and direct conflict. *See* art. V, § 3(b)(3), Fla. Const. Upon further consideration, and with the benefit of oral argument, we exercise our discretion to discharge jurisdiction. Accordingly, we hereby dismiss this review proceeding.

No motion for rehearing or clarification will be entertained by the Court. *See* Fla. R. App. P. 9.330(d)(2).

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

Application for Review of the Decision of the District Court of Appeal
    Direct Conflict of Decisions

    Third District - Case No. 3D2022-1895

    (Miami-Dade County)

C. Ryan Jones and Scot E. Samis of Traub Lieberman Straus & Shrewsberry, LLP, St. Petersburg, Florida,

    for Petitioner

Benjamin R. Alvarez, Leonardo H. Da Silva, and Paul B. Feltman of Alvarez, Feltman, Da Silva & Costa, PL., Miami, Florida,

    for Respondent

Mark A. Boyle and Thomas E. Shepard of Boyle, Leonard & Anderson, P.A., Fort Myers, Florida; and Michael A. Cassel of Cassel & Cassel, P.A., Hollywood, Florida,

    for Amicus Curiae United Policyholders